**Order filed March 23, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00557-CV**

_____

**KEVIN L. HOOD, Appellant**

**V.**

**HANNA & HANNA INC., Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1106883**

---

## O R D E R

The clerk's record was filed August 23, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Defendant's Motion for Continuance on Plaintiff's Motion for Summary Judgment filed 6/1/2018 and any order signed by the trial court on that motion and (2) Defendant's Objections to Plaintiff's Evidence in Support of its Motion for Summary Judgment filed 6/1/2018 and any order signed by the trial court on that motion.

**The Harris County Clerk is directed to file a supplemental clerk's record on or before April 7, 2020**, containing (1) Defendant's Motion for Continuance on Plaintiff's Motion for Summary Judgment filed 6/1/2018 and any order signed by the trial court on that motion and (2) Defendant's Objections to Plaintiff's Evidence in Support of its Motion for Summary Judgment filed 6/1/2018 and any order signed by the trial court on that motion.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Christopher, Bourliot, and Zimmerer.